JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WOODBINE LEGACY/PLAYA OWNER LLC, a Delaware limited liability company,<br><br>Defendant. | Case No: 2:22-cv-7229-JFW(JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order (Dkt. 17) granting Plaintiff's Motion for Default Judgment, which addresses all claims brought by Plaintiff Theresa Brooke and against Defendant Woodbine Legacy/Playa Owner LLC, a Delaware limited liability company ("Defendant"), including any and all claims for costs and attorney's fees, it is ordered, adjudged, and decreed that Judgment is granted in favor of Plaintiff and against Defendant in the following particulars:

1) Defendant shall mark an access aisle compliance with Section 503 of the 2010 Standards of Accessible Design at the Hilton Los Angeles Culver City located in Culver City, California;

2) Defendant shall pay to the order of Theresa Brooke the sum of $4,000.00 in damages;

3) Defendant shall pay to the order of Theresa Brooke the sum of $5,250.00 in attorney's fees; and,

4) Defendant shall pay to the order of Theresa Brooke the sum of $400.00 in costs.

DATED: December 13, 2022

_____
Honorable John F. Walter
Judge of the U.S. District Court